UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD M.-R., by and through his Parents,
T.R.-M. and E.M.,

    *Plaintiffs*,

    v.

DISTRICT OF COLUMBIA,

    *Defendant.*

Civil Action No. 21-177 (RDM)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' objections to the Magistrate Judge's Report and Recommendation are overruled, Dkt. 44, and the Court **ADOPTS** the Report and Recommendation, Dkt. 43, will **DENY** Plaintiffs' motion for judgment on the administrative record, Dkt. 29, and will **GRANT** Defendant's cross-motion for summary judgment, Dkt. 35.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a).

    **SO ORDERED**.

                                          /s/ Randolph D. Moss
                                          RANDOLPH D. MOSS
                                          United States District Judge

Date: September 29, 2023